IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARENA PHARMACEUTICALS, INC., API DEVELOPMENT LTD, ARENA PHARMACEUTICALS GMBH and EISAI INC.<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | C.A. No. 16-887 (RGA)<br>CONSOLIDATED |

## CONSENT JUDGMENT

WHEREAS, this action for patent infringement has been brought by Plaintiffs Arena Pharmaceuticals, Inc., API Development LTD, Arena Pharmaceuticals GmbH, and Eisai Inc. against Teva Pharmaceuticals USA, Inc. ("Teva") for infringement of United States Patent Nos. 6,953,787, 7,514,422, 7,977,329, 8,207,158, 8,273,734, and 9,770,455 (the "Patents" and such action, the "Litigation," and the Plaintiffs and Teva, collectively the "Parties"); and

WHEREAS, Eisai Inc. and Teva have entered into a good faith final settlement agreement (the "Settlement Agreement") and Arena has entered a covenant dated on or about March 1, 2019 to fully settle the Litigation;

The Court, upon the consent and request of the Parties in the Litigation, hereby acknowledges the following Consent Judgment and, upon due consideration, issues the following Order.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Subject matter jurisdiction, personal jurisdiction, and venue are all proper in this Court.

2. Teva has infringed the Patents pursuant to 35 U.S.C. §271(e)(2) by filing Abbreviated New Drug Application No. 209918.

3. Except as and to the extent permitted by the Settlement Agreement, Teva and its Affiliates, including any of its successors and assigns, is enjoined from making, having made, using, selling, offering to sell, importing or distributing any lorcaserin hydrochloride product pursuant to Abbreviated New Drug Application No. 209918, either directly or indirectly, on its own part or through any Affiliate, officer, agent, servant, employee or attorney, or through any person in concert or coordination with Teva or any of its Affiliates, until any grant of license to the Patents provided in the Settlement Agreement to Teva becomes effective on the terms and as set forth in the Settlement Agreement.

4. In accordance with this Consent Judgment, all claims and counterclaims, affirmative defenses and demands of the Parties in this action are hereby dismissed without prejudice and without costs, disbursements or attorneys' fees.

5. The Parties each expressly waive any right to appeal or otherwise move for relief from this Consent Judgment.

6. This Court retains jurisdiction over the Parties for purposes of enforcing this Consent Judgment as well as any dispute regarding the Settlement Agreement.

7. The Clerk of the Court is directed to enter this Consent Judgment and an Order thereon forthwith.

**IT IS SO STIPULATED:**

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| */s/ Jack B. Blumenfeld* | */s/ Karen E. Keller* |
| Jack B. Blumenfeld (#1014)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com | John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 1 9801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeshen@shawkeller.com |
| *Attorneys for Plaintiffs Arena Pharmaceuticals, Inc., API Development LTD, Arena Pharmaceuticals GmbH, and Eisai Inc.* | *Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* |
| OF COUNSEL: | OF COUNSEL: |
| Bruce M. Wexler<br>Young J. Park<br>Melanie R. Rupert<br>Simon F. Kung<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 318-6000 | Michael K. Nutter<br>Julia Mano Johnson<br>Katherine D. Hundt<br>Michael A. Meneghini<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>(312) 558-5600<br><br>Shilpa A. Coorg<br>WINSTON & STRAWN LLP<br>333 South Grand Avenue<br>Los Angeles, C A 90071<br>(213) 615-1933 |

March 4, 2019

SO ORDERED:

/s/ Richard G. Andrews

Richard G. Andrews, U.S.D.J.