IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARENA PHARMACEUTICALS, INC., API DEVELOPMENT LTD, ARENA PHARMACEUTICALS GMBH and EISAI INC.<br><br>          Plaintiffs,<br><br>v.<br><br>LUPIN LTD., et al.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 16-887 (RGA)<br>)  CONSOLIDATED<br>)<br>)<br>) |

## CONSENT JUDGMENT

WHEREAS, this action for patent infringement has been brought by Plaintiffs Arena Pharmaceuticals, Inc., API Development LTD, Arena Pharmaceuticals GmbH, and Eisai Inc. against Lupin Ltd. and Lupin Pharmaceuticals, Inc. ("Lupin") for infringement of United States Patent Nos. 6,953,787, 7,514,422, 7,977,329, 8,207,158, 8,273,734, and 9,770,455 (the "Patents" and such action, the "Litigation," and the Plaintiffs and Lupin, collectively the "Parties"); and

WHEREAS, Eisai Inc. and Lupin have entered into a good faith final settlement agreement (the "Settlement Agreement") and Arena has entered a covenant dated on or about April 4, 2019 to fully settle the Litigation;

The Court, upon the consent and request of the Parties in the Litigation, hereby acknowledges the following Consent Judgment and, upon due consideration, issues the following Order.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Subject matter jurisdiction, personal jurisdiction, and venue are all proper in this Court.

2. Lupin has infringed the Patents pursuant to 35 U.S.C. §271(e)(2) by filing Abbreviated New Drug Application Nos. 209416 and 210866.

3. Except as and to the extent permitted by the Settlement Agreement, Lupin and its Affiliates, including any of its successors and assigns, is enjoined from making, having made, using, selling, offering to sell, importing or distributing any lorcaserin hydrochloride product pursuant to Abbreviated New Drug Application Nos. 209416 and 210866, either directly or indirectly, on its own part or through any Affiliate, officer, agent, servant, employee or attorney, or through any person in concert or coordination with Lupin or any of its Affiliates, until any grant of license to the Patents provided in the Settlement Agreement to Lupin becomes effective on the terms and as set forth in the Settlement Agreement.

4. In accordance with this Consent Judgment, all claims and counterclaims, affirmative defenses and demands of the Parties in this action are hereby dismissed without prejudice and without costs, disbursements or attorneys' fees.

5. The Parties each expressly waive any right to appeal or otherwise move for relief from this Consent Judgment.

6. This Court retains jurisdiction over the Parties for purposes of enforcing this Consent Judgment as well as any dispute regarding the Settlement Agreement.

7. The Clerk of the Court is directed to enter this Consent Judgment and an Order thereon forthwith.

**IT IS SO STIPULATED:**

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. |
| /s/ *Jack B. Blumenfeld* | /s/ *David A. Bilson* |

Jack B. Blumenfeld (#1014)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
araucci@mnat.com

*Attorneys for Plaintiffs Arena Pharmaceuticals, Inc., API Development LTD, Arena Pharmaceuticals GmbH, and Eisai Inc.*

OF COUNSEL:

Bruce M. Wexler
Young J. Park
Melanie R. Rupert
Simon F. Kung
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166

John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
dab@pgmhlaw.com

*Attorneys for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

OF COUNSEL:

William R. Zimmerman
Andrea L. Cheek
Jonathan E. Bachand
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Avenue N.W., Suite 900
Washington, DC 20006
(202) 640-6400

Carol Pitzel Cruz
Christie R.W. Matthaei
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
(206) 405-2000

Loni L. Morrow
KNOBBE, MARTENS, OLSON & BEAR, LLP
12790 El Camino Real
San Diego, CA 92130
(858) 707-4000

SO ORDERED: 4/4/2019

/s/ Richard G. Andrews
Richard G. Andrews, U.S.D.J.